IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KRISTEN STROMBERG CHILDERS, Ph.D** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA** | : | **No. 14-2439** |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this _____ day of March, 2016, upon consideration of Defendant's Motion for Summary Judgment (Docket Nos. 18-20, 22), Defendant's Motion to Exclude Proposed Expert Opinion of Jane A. Halpert (Docket No. 23), Plaintiff's Opposition thereto (Docket Nos. 26-28), and all replies and supplemental filings (Docket Nos. 31, 38, 39, 43, 45, 46), and following oral argument on December 21, 2015, it is **hereby ORDERED** that:

1. Defendant's Motion for Summary Judgment (Docket No. 18) is **DENIED**.

2. Defendant's Motion to Exclude Proposed Expert Opinion of Jane A. Halpert (Docket No. 23) is **GRANTED**.  Dr. Halpert will not be permitted to testify at trial.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1